■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUDOLPH MANASEK, Appellant.— Order of the County Court, Westchester County, entered March 4, 1970, affirmed insofar as on reargument, it denied appellant's *coram nobis* application. No opinion. Purported appeal from an order of the same court, dated September 30, 1970, which denied another *coram nobis* application by appellant, dismissed. Having failed to serve and file a timely notice of appeal from this order, defendant's purported appeal therefrom must be dismissed. We have, nevertheless, considered the merits and, were the appeal properly before us, we would have affirmed, since the main question raised was decided, as implicitly presented, in a prior appeal (*People* v. *Manasek,* 32 A D 2d 614). Rabin, P. J., Hopkins, Munder, Latham and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY MISTRETTA, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered February 8, 1971 on resentence, convicting him of selling a dangerous drug in the fourth degree, upon a guilty plea, and sentencing him to an indeterminate term with a maximum of seven years. Judgment modified, in the interests of justice, by altering the sentence imposed to a reformatory sentence. As so modified, judgment affirmed. Under the circumstances of this case the sentencing court should have submitted defendant to the rehabilitation process implied in a reformatory sentence. Rabin, P. J., Latham, Shapiro, Gulotta and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MICHAEL PAQUETTE, Appellant.— Appeal by defendant from a judgment of the County Court, Suffolk County, rendered July 1, 1969, convicting him of murder in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. In our opinion, defendant was not deprived of his right to a speedy trial (*People ex rel. Paquette* v. *Cyrta,* 25 N Y 2d 749); nor was he subjected to double jeopardy (*Matter of Bland* v. *Supreme Ct., County of N. Y.,* 20 N Y 2d 552). Rabin, P. J., Hopkins, Munder, Latham and Gulotta, JJ., concur.